AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Joseph Eric Demeo | ) | 2:26-mj-1001-NPM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 21 through 27, 2025___ in the county of ___Collier___ in the ___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communication of Threats |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Kyla Wheeler
*Complainant's signature*

Special Agent Kyla Wheeler, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ___January 1, 2026___

*Judge's signature*

City and state: ___Fort Myers, Florida___    Nicholas P. Mizell, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kyla Wheeler, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2021. I have completed FBI basic training at the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI Tampa Field Office, Fort Myers Resident Agency, where I am designated to a counterterrorism squad that investigates violations of federal law, including domestic terrorism, racially motivated violent extremism, anti-government violent extremism, nihilistic violent extremism, and hate crimes. As a Special Agent, I am an "investigator or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States, who is empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516(1).

2.      I make this affidavit in support of a criminal complaint authorizing the arrest of Joseph Eric Demeo, a resident of Naples, Florida within the Middle District of Florida, for violation of 18 U.S.C. § 875(c) (Interstate Communication of Threats). I am familiar with the facts and circumstances of this investigation either as a result of my personal involvement or as a result of other information made available to me from other sources. This affidavit is intended to establish probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter.

## PROBABLE CAUSE

3.      On December 29, 2025, the FBI National Threat Operation Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) received a voluntary emergency

disclosure of information from Google for a YouTube user that made multiple comments on multiple YouTube videos threatening to kill Muslims. The aforementioned YouTube user utilized YouTube account: https://www.youtube.com/channel/UCaV0NCXQ6lVHQn-oT5twj3w (hereinafter, TARGET ACCOUNT). Google included the following subscriber information linked to the TARGET ACCOUNT:

    a. Display Name: Eric Demeo

    b. e-Mail: j.e.demeo@gmail.com

    c. Birthday (Month Day, Year): May 30, 1975

    d. Created on: 2011-02-27 20:06:29 Z

    e. Terms of Service IP: 67.238.70.242

    f. Last Updated Date: 2025-12-21 18:28:33 Z

    g. Last Logins: 2025-12-21 18:28:33 Z, 2025-12-02 22:22:51 Z, 2025-12-01 13:59:15 Z

    h. User Phone Numbers: +12396010350

    i. Google Wallet Information: Joseph 4731 14th Ave se, Naples, FL, 34117, US

Furthermore, Google provided twenty-two (22) comments posted by the TARGET ACCOUNT, each on a different YouTube video:

- (1) Comment ID: Ugwt9rRxv-ZRVVSnPa94AaABAg
  - Comment Date: Dec 27, 2025 • 12:19 PM PST
  - Video Comment was posted: https://youtube.com/watch?v=M5ujrv5576I
  - Comment Text: They better be terrified there's a blood bath coming- there are Muslims on American soil who vow death to the US and believe it's their duty to kill Americans who are actively planning to kill Americans. We are no longer

sitting on the side line we are involved now and actively making plans for the most horrific genocide the worlds ever seen! The gov is reactive by then the damage is done- we are not allowing the damage to happen any more! We the American people are declaring America will be a Muslim free country. Citizen or not zero fucks given leave now. The government can't get a budget passed or agree on lunch they have become so ineffective we no longer give a shit what the gov says, does, or laws it makes they are welcome to try to enforce what they want against the largest armed civilian population in the world that owns more guns then the US military- it's not going to work out good for them so they are going to be helpless when we decide it time to act. The next time a Muslim conducts a terrorist act on US soon we are going scorched earth! There will be no survivors. We will kill every Muslim in our community then move on to your communities killing you in the streets, stores, shoot you in your bead in your home, rip your kid from your arms and blow it head off in front of you so you know you fucked up just before we blow your head off. We will have convoys of busses transporting Muslims to a location where you will be shot in the head and sent through a wood chipper. We will conduct the most efficient, effective genocide in history and are willing to kill anyone who tries to stop us. So leave now the next terrorist attack could be tomorrow your time to survive is very limited leave now or we will kill you.

- (2) Comment ID: UgyTkBoMruJR46q_5-J4AaABAg
  - o Comment Date: Dec 27, 2025 • 10:44 AM PST
  - o Video Comment was posted: https://youtube.com/watch?v=-Mc4qmQt-SA

o   Comment Text: There are thousands of veterans all over the country that have a network of people and are actively making plans to kill Muslims. Oh that sounds like terrorism?- NO! Muslims have been openly telling us their religion dictates they kill us. They vow death to the US and to kill Americans. They are on our land we fought and died for actively making plans to kill us- in return we have entered the game and are making plans on a little more than a retaliatory attack. The gov is useless they are reactive- meaning they will try to catch those involved after the damage is done. Our attitude is no damage ever done again. So we are declaring America will be a Muslim free country! Crawl back to you sandflea infested country where you belong, regardless if your a citizen or not we the people don't recognize citizenship it comes down to are you Muslim if so which side of your head is a bullet going through. Leave now! The next time we get attacked we are going scorched earth we will eradicate every one of you. We will kill you in the stores, the streets, come in your home and shoot you in bed, we will rip your kid out of your arms and blow its head off in front of you so you'll realize we wernt fucking with you and you should have followed instructions and left then put a bullet through your head. We will fill bus loads and transport to where there are 1000 wood chippers shoot you in the head and send you through the wood chippers. We won't stop the world's worst genocide until there is not a single Muslim left! Your death will be the response to your people attacking us. And we don't give a flying fuck what the gov says or does they had their chance they failed and they can't get a bill passed do you really think they can stop the worlds largest armed civilian population on the planet that is so sick of them we

are ready to have a revolution anyway.... They can't stop our determination. Last chance- leave now or into the wood chipper you go

- (3) Comment ID: UgyYdIOvRrE5pTWCU9x4AaABAg

  o Comment Date: Dec 27, 2025 • 10:23 AM PST

  o Video Comment was posted: https://youtube.com/watch?v=40eJQhKafJE

  o Comment Text: Muslims have been a problem since their existence their own religion says to kill all who won't conform to Alah. They have vowed death to America and Americans and are here on our land making plans to kill Americans. We also know the government is useless they are reactive meaning the damage is already done, they treat an attack as an isolated event not part of the larger ideology and mission. It has shown the American people this is something we will have to handle ourselves. We declare America will be a Muslim free nation. Every single one of you leave regardless if you're a citizen or not it's been revoked by the people. If your a "good" Muslim blame your own people your going too. ANY Muslim found on US soil after a predetermined date will be killed on the spot. If there are millions  That just meant it will take a lot of bullets we will host the worst genocide the worlds ever seen. You pissed off the largest armed civilian population on earth and we don't give a flying fu-k what the gov says or tries to do- leave now! After we get hit with the next Muslim terror attack we are going scorched earth! We will rip you child out of your arms put a bullet in its head then put one through yours. We are done!

- (4) Comment ID: UgwYUZAtNN4evPVFD594AaABAg.ARCgVjX9jIRARF9iGv6e5B

  o Comment Date: Dec 27, 2025 • 9:48 AM PST

- o Video Comment was posted: https://youtube.com/watch?v=BGurG3hCMHk

- o Comment Text: I looked in my closet the other day and realized I have a problem. My closet is hooked up with better weapons, better ballistic vests, better heat and about 6,000x more ammo that our arms room in the army. I even have a brand new un opened military JLIsT suit- the actual nuclear chemical and biological suit with military gas mask and 2 new canisters even have the iodine tablets that block radiation from staying in your lymph nodes . I'm ready for local uprising to alien invasion to nuclear war

- (5) Comment ID: UgyhMyqxPlxL2iewp7l4AaABAg

  - o Comment Date: 2025-12-27 17:43:58 UTC

  - o Video Comment was posted: https://youtube.com/watch?v=CUe4_uhb5VI

  - o Comment Text: This level of corruption and theft deserves death so put a bullet in his head and let's move on there are so many things this gov has to do if it wants to avoid a civil war better start expediting things and getting shot done before the people decide to get some things done because there will be a lot more people that catch a bullet if we have to handle it

- (6) Comment ID: UgwZ1gzti8Vlg32Or4l4AaABAg

  - o Comment Date: 2025-12-27 17:31:57 UTC

  - o Video Comment was posted: https://youtube.com/watch?v=GoDficIQr4Y

  - o Comment Text: These Muslims are not human they are inbreed child molesters total bags of biological waste it's time to eradicate Muslims from America and the world would be smart and benefit greatly if time wipe them all off the face of the earth they are the only race that has never and will never be comparable with

anyone else and that's why they will wage war simply to gain global domination it will never stop until they don't exist so it's time to kill every single one and eradicate this failed race off the face of the earth once and for all for the sake of humanity and only then can we discuss world peace

- (7) Comment ID: Ugy4h7PxSs2WoFfytlF4AaABAg

  o Comment Date: 2025-12-27 17:08:06 UTC

  o Video Comment was posted: https://youtube.com/watch?v=5WxrLLpmAhQ

  o Comment Text: She's right I have to admit- all us white men wanted to do is work take care of our family and maybe play golf or go fishing on the weekend but we also have lost all empathy due to the left over the past 15 years and know as we are minding our own business fishing Muslims in America are making plans to kill is. So in order to protect our families, our country, and our way of life we have no choice except to actively start making plans to kill Muslims. Actually it more like planning the most efficient, effective genocide in history. As long as Muslims are here we are under threat so we intend to kill every single Muslim on US soil. You have your country to go back to where you belong if you stay we are going to kill you. And don't think the gov can help you they are so divided they are in grid lock and can't even get a bill to pass they can't stop the worlds largest armed civilian population that decided America is to be a Muslim free nation and will kill as many as it takes. Up to 40m illegal came here we are going to need a lot of gas for the wood chipper- we aren't playing the next time we get attacked by Muslims the violent bloody eradication begins. You will die soon if you don't leave.

- (8) Comment ID: Ugzkffu3FqFVqqEoP554AaABAg

  - Comment Date: 2025-12-26 20:49:25 UTC

  - Video Comment was posted: https://youtube.com/watch?v=6O70m9yyPi0

  - Comment Text: They were told to leave they won't then threaten us- it's time to start slaughtering them in the street killing as many as it takes until there's no illegal immigrants left 100% eradication- no mor patience zero empathy it's time to kill them all!

- (9) Comment ID: UgzbMgbJUuhqI219kZp4AaABAg

  - Comment Date: 2025-12-26 20:47:23 UTC

  - Video Comment was posted: https://youtube.com/watch?v=k7DgXv2I-XY

  - Comment Text: Doesn't matter they have pist is off enough we are planning a civilian uprising, we are going to host a genocide, we are going to kill every Muslim in America that doesn't leave. America is to be a Muslim free nation zero fucks given.

- (10) Comment ID: Ugwq9P3Ld-T7qaACgQl4AaABAg

  - Comment Date: 2025-12-26 20:17:37 UTC

  - Video Comment was posted: https://youtube.com/watch?v=Ok-CYkNpZ3E

  - Comment Text: It's cool Islam we got the message and the US military is the least of your concerns. There a large growing masses of civilians mostly veterans that are now making plans on killing Muslims just like your planning on killing us- except you will attack killing a few or few dozen and we are planning on clearing entire towns loading them on busses to a location they will be shot in the head and sent through a wood chipper- zero fucks given- every Muslim better leave US

now when you piss us off again man , woman, children all get a bullet in the head and sent through the wood chipper. America will be a Muslim free zone and there's no limit to the number we are prepared to kill to make that happen.

- (11) Comment ID: Ugzwn_3XPANyKYyxPeV4AaABAg

  o Comment Date: 2025-12-26 20:05:09 UTC

  o Video Comment was posted: https://youtube.com/watch?v=y6LiM6rfdY4

  o Comment Text: Muslims listen up- you are not welcome here any more you either go back to your country or die here. We are sick of the gov half assing everything and creating the problems so we as a united people are about to fix these wrongs. Muslims are always planning on killing Americans- guess what we are now meeting making plans on how to run the most efficient effective genocide in history. We are going to kill everyone of you who doesn't leave- men women children zero fucks given your not human your parasites you inbreed biological waste and we can't wait to exterminate you from our land last warning. The gov won't be able to save you they are in fighting they can't pass a budget there's no way they are going to stop the worlds largest armed civilian population that's out for blood

- (12) Comment ID: Ugxl4S9kMT0SIW8nZTR4AaABAg

  o Comment Date: 2025-12-26 18:38:23 UTC

  o Video Comment was posted: https://youtube.com/watch?v=ssoSc2FRr3c

  o Comment Text: The government better ban Muslims from the United States and get rid of every one of them while they have the option to deport if they don't or the next time we get hit with a Muslim terrorist attack it won't be in your hands

any more. The American people are ready to rise up and slaughter every single one of them if that's what it takes to get rid of them- zero fucks given! As far as the gov is concerned if your smart and want to survive you better turn your back and leave us to handle our business you've shown us that 1 side of the gov can't even control the other 1/2 even on common sense don't be under any illusion you'll stop a very determined and the largest armed civilian population on earth that is on a mission. It can be a genocide of Muslims or a genocide of Muslims and a slaughter of politicians but the Muslims are going to be dead regardless. Wait and see

- (13) Comment ID: UgxmvM70ksd6S_2SrSZ4AaABAg
  - o Comment Date: 2025-12-26 17:55:53 UTC
  - o Video Comment was posted: https://youtube.com/watch?v=0E4MJv0rTr4
  - o Comment Text: Forget October surprise won't it be a hell of a surprise when the American people have enough and declare America a Muslim free nation and put the gov on notice either triple deportations and get them all gone by a designated date or order body bags because starting that day we start the genocide of every Muslim left and start slaughtering them by the thousands. Oh don't think we aren't close I'm already saving gas for the wood chipper
- (14) Comment ID: UgxNgwHj4OcZCY3Tkol4AaABAg
  - o Comment Date: 2025-12-26 16:51:12 UTC
  - o Video Comment was posted: https://youtube.com/post/Ugkxg-q80cHQ7_VxK2Tp-Wx4Ph6IMS5fQvEV

- o Comment Text: Ok let me break down to you how Americans feel right now: fu-k every one of you immigrants and get out of our country! If you ancestors were not here by the start of ww2 get the fuck out…. Or we are going to kill you! America doesn't want any more immigrants from any country, fu-k you and your culture there's a place for that it's called your home country- go there. Our empathy is gone, immigrants have taken advantage and now we want America to be a Muslim free nation and are willing to kill every single one here to make that happen. Muslims have and are actively plan on killing Americans and we the people would be stupid not to be planning to kill them in return. So the next terrorist attack on IS soil the US government will not be able to stop the genocide we will host! Every Muslim man woman and child will be shot and sent through the wood chipper- American blacks keep running your fu-king mouths and acting out we would love to make you extinct in America as well. People from India and every other country, your not welcome to come to America stay home and fix your country we aren't having you come here to drag ours down we would rather kill you than to allow that to happen. You wanna see what happens when you piss off the world's largest armed civilian population of citizens??? Don't leave and we will gladly show you what we will do. It's simple either leave or we will kill you and those is ticking we have zero empathy left and I couldn't pluck a fuck if it tried.

- (15) Comment ID: Ugyny1S4O__J6_l3MuV4AaABAg
  - o Comment Date: 2025-12-25 19:57:39 UTC
  - o Video Comment was posted: https://youtube.com/watch?v=vXlUKbXrSjg

- Comment Text: Don't be scared of what Tulsi says you should fear the millions of American civilians that have had enough of everything Muslim and has made the determination Muslims are incomparable with our culture and they have their own country they all need to go back to their own countries before we are out of patience, because when we have enough or get attacked again we are going to kill every single Muslim on American soil. Muslims and their religion say it's their duty to kill Americans and they have been making plans to kill us- now we are making plans to kill them. If we get attacked again we are going scorched earth! The government fails to get rid of you alive we will end your existence in a few months nation wide. Men women and children will all be shot and sent through the wood chippers. Your not humans your inbreed bags of biological waste. We will not allow people who rape children and vow to kill us to exist in our nation- you say dear to America- we say death to all Muslims and we are better at it than you- think we are fucking around…. Watch this

- (16) Comment ID: UgwyxaEHxGY5eNGHnCt4AaABAg
  - Comment Date: 2025-12-25 19:46:06 UTC
  - Video Comment was posted: https://youtube.com/watch?v=Va_a_Rxr1as
  - Comment Text: Don't worry soon enough all Muslims will leave or be slaughtered America is destined to be a Muslim free country. The have been declaring death to Americans making plans to kill us and carrying out attacks/ now we are joining the unavoidable game and are now making plans to kill them. But we won't take out an entire mosque, we will round entire communities and

send them through the wood chippers. The government is losing control fast and the people will put this nation back on track- get ready for a blood bath!

- (17) Comment ID: UgxNfZfNoYxf1U8L7S54AaABAg

    o Comment Date: 2025-12-25 19:14:19 UTC

    o Video Comment was posted: https://youtube.com/watch?v=XESYV4Bpqcc

    o Comment Text: Here's a message to all Muslims- leave now or die. We have had enough and zero empathy left get the fu-k out! Your making plans to kill Americans guess what Americans everywhere are making plans to kill you- all of you. The government can't stop the largest armed civilian population on the planet from hosting a genocide and our intent is the removal of all Muslims dead or alive. Leave when the killing starts nothing will stop it- men women children , your all inbreed biological waste and we will send every one of you through the wood chipper.

- (18) Comment ID: Ugz6tghZToMcvraWUXF4AaABAg

    o Comment Date: 2025-12-25 17:50:33 UTC

    o Video Comment was posted:

    https://youtube.com/post/UgkxCOaywPTfZ92HA0CMruMYNHebDV2JJiUN

    o Comment Text: You have the largest armed civilian population in the world that is getting impatient. We never wanted immigrants to just come here- you sold us on "the best and brightest" but what we got was MS13 human and drug cartel and inbreed Muslim pedophiles and rapist. You deceived the people now want us to trust the same people who brought them here to get rid of them? No- we have seen policy after policy fail sending the clear message to the people we will have

to handle this ourselves. The people have spoken GET THEM OUT OF HERE! Muslims are incomparable and should be bared from the US. They vow death to us making them terrorists that just haven't acted it's not a crime to kill domestic terrorists so your on a time line to get this done if you want them to live you better make this the worlds most intensive deportation effort in history because when we lose our patience or get attacked again you the government is out of it we are stepping in to regain control of our country since you obviously can't and since we the public don't have the ability to incarcerate we are the judge juror and executioners and any Muslim will be killed in the streets or in their homes zero fucks given living in America the past 10 years stripped away any empathy we had. Now either you get every Muslim gone or the genocide will start and it's all bullets and wood chippers from there. Fuck around and test us and you will be a helpless observer of the largest genocide in human history. Up to 40M illegals? We will need a lot of gas for the wood chippers- Thats doable

- (19) Comment ID: UgyaXDoU9Rlkcig8oU14AaABAg

  o Comment Date: 2025-12-25 17:38:25 UTC

  o Video Comment was posted: https://youtube.com/watch?v=2VFj_IeDeZE

  o Comment Text: It's simply time to kill every one of these Muslims they aren't humans they are walking bags of inbreed biological waste.

- (20) Comment ID: UgwiVeiI2g_HNzwVLRR4AaABAg

  o Comment Date: 2025-12-25 14:26:21 UTC

  o Video Comment was posted:

  https://youtube.com/post/UgkxvPaSOBLlSsBn8qmnbskgWljjLcqBwSsn

- o Comment Text: Muslims are no longer welcome here! They vow death to America and believe it's their religious duty to kill Americans and our government is stupid enough to bring them here. Well the government is about to lead the power lies in the hands of the people not government and we are drawing a line in the sand. Either deport ALL Muslims or we will simply kill them. Yes I said it full out genocide men , women, and children going through the wood chipper zero fu-ks given! We intend to be so ruthless even North Korea will want to do humanitarian missions to save them. You don't get to attack us, vow death to us, refuse to leave our land and expect not to get killed. The gov can't handle putting illegals and getting rid of them in a timely manner there no way they can stop the masses of armed civilians slaughtering Muslims in the streets. You're going to die if you don't leave and we will enjoy it every time we pull the trigger. Your not human your biological waste and dead or alive you will not exist in America!
- (21) Comment ID: UgzNSrPbhHigWUAsCOt4AaABAg
  - o Comment Date: 2025-12-21 17:53:44 UTC
  - o Video Comment was posted: https://youtube.com/watch?v=BD1G1mUBVDU
  - o Comment Text: It's time to put the government on notice- we the people have had enough of you idiots bringing in shitbags from all over the world a multi cultural society is your goal not the desire of the American people! And the last thing we want is you bringing every sandniger that's vowed death to America to our country. Listen good! We are going to teach you a new level of diplomacy- we don't give a flying fuck about law after we get attacked again all law is out the window, we will host a genocide. You will be horrified because we will eradicate

every Muslim EVERY Muslim man woman or child will be slaughtered. We are going to kill every last one of them. We are out of empathy, we gave away our last fuck a long time ago we get attacked we go on a rampage. Now you have a choice to either turn your back in shame and lets us do what we are committed to doing or get involved. If you get involved you involvement better be deporting plane fulls as fast as possible to save human life. If you try to stop us- we are well past the time for having a much needed revolution. You betray is by siding with them we will temporarily ignore them to kick the gates of hell wide open and annihilate the federal government then continue our mission. You betrayed us for the last time- do it again and we the people won't be gentle when we get ahold of politicians and every one of you can be gotten to. We aren't playing we have been pushed so long we aren't taking another step back and just know we have about as much love for the federal government as we do for Muslim terrorists because with your actions the last decade we should take over and kill all of you for your past corruption as it is. Do not make the mistake of thinking you have any support of the American people at this point we aren't playing pointing rifles at both groups saying who wants some first

- (22) Comment ID: Ugw80TwWw42PbFkTN7t4AaABAg
  - o Comment Date: 2025-12-15 15:52:44 UTC
  - o Video Comment was posted: https://youtube.com/watch?v=C_7y_75OxFQ
  - o Comment Text: It's simply time to eradicate Muslims off the face of the earth. There can never be world peace with a race running around screaming death to

the infidel which is everyone except them- it's time to say fu-k this backward pedophile inbreed race it's time to go and kill every last one of them

4.      Open source research conducted by the FBI NTOS confirmed a Collier County resident by the name of Joseph Demeo with the same date of birth associated to the address provided by Google. Based on the comments and subscriber information provided by Google, the FBI relayed the information to the Collier County Sheriff's Office (CCSO). On December 31, 2025, CCSO attempted to make contact with Joseph Demeo at his aforementioned residence. It appeared no one was home at the time. CCSO remained in the area until Demeo's registered vehicle, a gray Dodge pickup truck with Florida license plate CA8459, was spotted on a license plate reader heading back towards the area of his residence. CCSO made contact with Joseph Demeo at Desoto Blvd S / 14th Ave SE, Naples, FL 34117. Upon contact, Demeo indicated he knew why law enforcement was at his residence earlier in the day (he was notified by neighbors) and admitted to making the posts on YouTube due to his frustrations with current events.

5.      Based on the information set forth in this affidavit, I respectfully submit that there is probable cause to charge Joseph Eric Demeo in violation of 18 U.S.C. § 875(c).

/s/ Kyla Wheeler
Kyla Wheeler, Special Agent
Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, the contents of the present affidavit were telephonically sworn to me on this 1st day of January, 2026.

NICHOLAS P. MIZELL
United States Magistrate Judge