UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:26-cr-24- SPC- DNF
18 U.S.C. § 875(c)
(Interstate Communication
of Threat to Injure and Kidnap)

JOSEPH ERIC DEMEO

## INDICTMENT

The Grand Jury charges:

## COUNTS 1-19
### (Interstate Communication of Threat to Injure and Kidnap)

On or about the following dates, in the Middle District of Florida, the

defendant,

JOSEPH ERIC DEMEO,

did knowingly transmit in interstate commerce a communication containing a true

threat to injure and kidnap the person of another with the intent to issue a threat, and

knowing and in reckless disregard of the fact that such communications would be

viewed as a threat, to wit: the following statements on www.YouTube.com:

| Count | Date | Comment ID | Communication |
|---|---|---|---|
| 1 | 12/15/2025 | Ugw80TwWw42PbFk TN7t4AaABAg | Threat to kill and eradicate Muslims off the face of the earth… |
| 2 | 12/21/2025 | UgzNSrPbhHigWUAs COt4AaABAg | Threat to slaughter, eradicate, and kill every Muslim man, woman, and child… |

| 3 | 12/25/2025 | UgwiVeiI2g_HNzwV LRR4AaABAg | Threat to kill and genocide all Muslim men, women, and children… |
|---|---|---|---|
| 4 | 12/25/2025 | Ugz6tghZToMcvraW UXF4AaABAg | Threat to kill and genocide Muslims in their homes… |
| 5 | 12/25/2025 | UgxNfZfNoYxf1U8L 7S54AaABAg | Threat to kill and genocide all Muslims… |
| 6 | 12/25/2025 | UgwyxaEHxGY5eNG HnCt4AaABAg | Threat to slaughter and kill all Muslims… |
| 7 | 12/25/2025 | Ugyny1S4O__J6_l3M uV4AaABAg | Threat to kill all Muslim men, women, and children… |
| 8 | 12/26/2025 | UgxNgwHj4OcZCY3 Tkol4AaABAg | Threat to kill immigrants, Muslims, "American blacks", and "people from India"… |
| 9 | 12/26/2025 | Ugxmv M70ksd6S_2Sr SZ4AaABAg | Threat to genocide and slaughter every Muslim… |
| 10 | 12/26/2025 | Ugxl4S9kMT0SIW8n ZTR4AaABAg | Threat to slaughter and genocide Muslims and politicians… |
| 11 | 12/26/2025 | Ugzwn_3XPANyKYy xPeV4AaABAg | Threat to genocide, kill, and exterminate Muslim men, women, and children… |
| 12 | 12/26/2025 | Ugwq9P3Ld-T7qaACgQl4AaABAg | Threat to kidnap and kill entire towns of Muslim men, women, and children by loading them on busses to a location where they will be shot in the head and sent through a wood chipper… |
| 13 | 12/26/2025 | UgzbMgbJUuhqI219k Zp4AaABAg | Threat to genocide and kill every Muslim in America… |
| 14 | 12/26/2025 | Ugzkffu3FqFVqqEoP 554AaABAg | Threat to slaughter and kill illegal immigrants… |
| 15 | 12/27/2025 | Ugy4h7PxSs2WoFfytl F4AaABAg | Threat to kill and genocide Muslims on US soil… |
| 16 | 12/27/2025 | UgwZ1gzti8Vlg32Or4l 4AaABAg | Threat to kill and eradicate Muslims… |
| 17 | 12/27/2025 | UgyYdIOvRrE5pTW CU9x4AaABAg | Threat to kill any Muslim found on US soil… |
| 18 | 12/27/2025 | UgyTkBoMruJR46q_5 -J4AaABAg | Threat to kidnap and kill Muslims by loading them onto busses, transporting them to another location, and shooting them in the |

2

| | | | head, and sending them through woodchippers… |
|---|---|---|---|
| 19 | 12/27/2025 | Ugwt9rRxv-ZRVVSnPa94AaABAg | Threat to kidnap and Kill Muslims…. |

All in violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1. The allegations contained in Counts One through Nineteen are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21

3

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____

Matthew Redavid
Assistant United States Attorney

By: _____

Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

4

FORM OBD-34
APR 1991

No. 2:26-cr- 24 - SPC - DNF

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

## THE UNITED STATES OF AMERICA

vs.

## JOSEPH ERIC DEMEO

## INDICTMENT

Violations:
18 U.S.C. § 875(c)

A true bill,

███████████████████████

_____
Foreperson

Filed in open court this 21ST day

of January, 2026.

_____Da Silva_____
Clerk

Bail $_____

GPO 863 525